IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KIMBERLY W., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | CIVIL ACTION NO. |
| | ) | |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, | ) ) | 3:23-CV-1634-G-BK |
| | ) | |
| Defendant. | ) | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

United States Magistrate Judge Renée Harris Toliver made findings, conclusions and a recommendation in this case. No objections were filed. The court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge. The Commissioner's decision is **REVERSED**, and this case is **REMANDED** for further proceedings.

**SO ORDERED**.

September 25, 2024.

_____
**A. JOE FISH**
**Senior United States District Judge**