IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KIMBERLY W., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | CIVIL ACTION NO. |
| | ) | |
| COMMISSIONER, SOCIAL | ) | 3:23-CV-1634-G-BK |
| SECURITY ADMINISTRATION, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Renée Harris Toliver made findings,

conclusions, and a recommendation in this case.  No objections were filed.  The court

reviewed the proposed findings, conclusions, and recommendation for plain error.

Finding none, the court accepts the Findings, Conclusions, and Recommendation of

the United States Magistrate Judge.  Accordingly, the plaintiff's consent motion for

attorney's fees under the Equal Access to Justice Act (docket entry 24) is

**GRANTED**.

    **SO ORDERED**.

April 1, 2025.

_A. Joe Fish_ _____

**A. JOE FISH**
**Senior United States District Judge**